# Morgan Lewis

Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
Tel. +1.215.963.5000
Fax: +1.215.963.5001
www.morganlewis.com

**Eric W. Sitarchuk**
Partner
+1.215.963.5840
esitarchuk@morganlewis.com

June 5, 2015

**BY ECF & HAND DELIVERY**

The Honorable Colleen McMahon
United States District Court
Southern District of New York
500 Pearl Street, Room 1640
New York, NY 10007

Re:   United States of America, et al. v. Teva Pharmaceuticals USA, Inc., et al.
        Case No. 12-CV-3702

Dear Judge McMahon:

Pursuant to Paragraph IV.A of Your Honor's Individual Rules of Practice, Defendants Teva Pharmaceuticals USA, Inc., Teva Neuroscience, Inc., and Teva Sales and Marketing, Inc. ("Defendants") enclose herewith courtesy copies of: (1) Defendants' Notice of Motion to Dismiss the Second Amended Complaint Pursuant to Rule 9(b) and supporting Memorandum of Law and (2) Defendants' Notice of Motion to Dismiss the Second Amended Complaint Pursuant to Rule 12(b)(6) and supporting Memorandum of Law, which were filed in the above-captioned matter today, June 5, 2015.

Pursuant to Paragraph IV.G. of the Rules of Practice, Defendants respectfully request oral argument on the foregoing motions.

Sincerely,

Eric W. Sitarchuk / JW

Eric W. Sitarchuk

EWS
Encls.

Almaty  Astana  Beijing  Boston  Brussels  Chicago  Dallas  Dubai  Frankfurt  Harrisburg  Hartford  Houston  London  Los Angeles  Miami  Moscow
New York  Orange County  Paris  Philadelphia  Pittsburgh  Princeton  San Francisco  Santa Monica  Silicon Valley  Singapore  Tokyo  Washington  Wilmington

The Honorable Colleen McMahon
June 5, 2015
Page 2

Copies w/o encls. to:

Loretta E. Lynch
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, DC 20530-0001

Preet Bharara
U. S. Attorney
U.S. Attorney's Office
Southern District of NY
86 Chambers Street, 3rd Floor
New York City, NY 10007

Kamala D. Harris
Attorney General
Office of the Attorney General
1300 "I" Street
Sacramento, CA 95814-2919

Cynthia Coffman
Attorney General
Colorado Department of Law
Office of Attorney General
Ralph L. Carr Colorado
Judicial Center
1300 Broadway, 10th Floor
Denver, CO 80203

George Jepsen
Attorney General
Office of the Attorney General
55 Elm Street
Hartford, CT 06106-1774

Matthew Denn
Attorney General
Office of the Attorney General
Delaware Dept. of Justice
Carvel State Office Building
820 N. French Street
Wilmington, DE 19801

Pam Bondi
Attorney General
Office of the Attorney General
The Capitol PL-01
Tallahassee, FL 32399-1050

Samuel Olens
Attorney General
Office of the Attorney General
40 Capitol Square, S.W.
Atlanta, GA 30334

Douglas Chin
Attorney General
Dept. of the Attorney General
425 Queen Street
Honolulu, HI 96813

James D. Caldwell
Attorney General
Office of the Attorney General
1885 N. Third Street
Baton Rouge, LA 70802

Brian E. Frosh
Attorney General
Office of the Attorney General
200 St. Paul Place
Baltimore, MD 21202

Maura Healey
Attorney General
Office of the Attorney General
One Ashburton Place
Boston, MA 02108-1518

William Schuette
Attorney General
Michigan Dept. of Attorney
General
G. Mennen Williams Bldg.,
7th Floor
525 W. Ottawa St.
P.O. Box 30212
Lansing, MI 48909

Lori Swanson
Attorney General
Office of the Minnesota
Attorney General
1400 Bremer Tower
445 Minnesota Street
St. Paul, MN 55101-2131

Timothy Fox
Attorney General
Office of the Attorney General
215 North Sanders, 3rd Floor
P. O. Box 201401
Helena, MT 59620-1401

The Honorable Colleen McMahon
June 5, 2015
Page 3

Adam Paul Laxalt
Attorney General
Office of the Attorney General
100 North Carson Street
Carson City, NV 89701

Joseph Foster
Attorney General
Office of the Attorney General
New Hampshire Department
of Justice
33 Capitol Street
Concord, NH 03301

John Jay Hoffman
Acting Attorney General
Office of the Attorney General
R.J. Hughes Justice Complex
25 Market Street, Box 080
Trenton, NJ 08625-0080

Hector Balderas
Attorney General
Office of the Attorney General
P. O. Drawer 1508
Santa Fe, NM 87504-1508

Eric T. Schneiderman
Attorney General
Office of the Attorney General
The Capitol
Albany, NY 12224-0341

Roy Cooper
Attorney General
Office of the Attorney General
9001 Mail Service Center
Raleigh, NC 27699-9001

E. Scott Pruitt
Attorney General
Oklahoma Attorney General's
Office
313 NE 21st Street
Oklahoma City, OK 73105

Peter F. Kilmartin
Attorney General
Office of the Attorney General
150 S. Main Street
Providence, RI 02903

Herbert H. Slatery
Attorney General
Office of the Attorney General
and Reporter
P. O. Box 20207
Nashville, TN 37202-0207

Kenneth Paxton
Attorney General
Office of the Attorney General
P. O. Box 12548
Austin, TX 78711-2548

Mark R. Herring
Attorney General
Office of the Attorney General
900 East Main Street
Richmond , VA 23219

Robert Ferguson
Attorney General
Office of the Attorney General
1125 Washington Street, S.E.
P. O. Box 40100
Olympia, WA 98504-0100

Brad D. Schimel
Attorney General
Office of the Attorney General
Wisconsin Dept. of Justice
P.O. Box 7857
Madison, WI 53707-7857

Karl A. Racine
Attorney General
D.C. Office of the Attorney
General
441 Fourth St., NW
Washington, DC  20001

Anita Alvarez
State's Attorney
Cook County State's
Attorney's Office
69 W. Washington, Suite 3200
Chicago, Illinois 60602

Cyrus R. Vance
District Attorney
New York County District
Attorney's Office
One Hogan Place
New York, NY 10013