# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA; the States of CALIFORNIA, COLORADO, CONNECTICUT, DELAWARE, FLORIDA, GEORGIA, HAWAII, ILLINOIS, INDIANA, IOWA, LOUISIANA, MASSACHUSETTS, MICHIGAN, MINNESOTA, MONTANA, NEVADA, NEW JERSEY, NEW MEXICO, NEW YORK, NORTH CAROLINA, OKLAHOMA, RHODE ISLAND, TENNESSEE, TEXAS, VIRGINIA, WASHINGTON and WISCONSIN; the DISTRICT OF COLUMBIA, THE CITY OF CHICAGO and THE CITY OF NEW YORK; ex rel. CHARLES ARNSTEIN and HOSSAM SENOUSY,<br><br>        Plaintiffs and Relators,<br><br>        vs.<br><br>TEVA PHARMACEUTICALS USA, INC., TEVA NEUROSCIENCE, INC., and TEVA SALES AND MARKETING, INC.,<br><br>        Defendants. | Case No. 13-CV-3702 (CM) |

## ENTRY OF APPEARANCE

TO THE CLERK OF THE COURT:

      Please enter the appearance of the undersigned, Bryan P. Goff, as counsel for Defendants Teva Pharmaceuticals USA, Inc., Teva Neuroscience, Inc., and Teva Sales and Marketing, Inc. in the above-captioned matter.

                                            Respectfully submitted,

Dated: April 23, 2019                /s/ *Bryan P. Goff*
                                            Bryan P. Goff (BG-2403)
                                            MORGAN, LEWIS & BOCKIUS LLP
                                            101 Park Avenue
                                            New York, New York 10178
                                            Telephone:  (212) 309-6000
                                            bryan.goff@morganlewis.com

                                            *Counsel for Defendants*
                                            *Teva Pharmaceuticals USA, Inc.*
                                            *Teva Neuroscience, Inc.*
                                            *Teva Sales and Marketing, Inc.*

## CERTIFICATE OF SERVICE

  I, Bryan P. Goff, hereby certify that I served a true and correct copy of the above Entry of Appearance by the Court's ECF system on April 23, 2019, which delivered copies to all counsel of record.

                /s/ *Bryan P. Goff*
                Bryan P. Goff