U.S. Department of Justice

*United States Attorney
Southern District of New York*

*86 Chambers Street
New York, New York 10007*

January 2, 2020

**By ECF**
Honorable Colleen McMahon
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

Re: *United States of America, et al. ex rel, Arnstein, et al., Teva Pharm. USA, Inc. et al.* No 13 Civ. 3702 (CM)

Dear Judge McMahon:

I write respectfully on behalf of the United States of America (the "Government") to advise the Court that the Government consents to the settlement agreement between relators and defendants, dated December 18, 2019; and further consents to dismissal of this action against these defendants with prejudice as to the relators and without prejudice as to the Government.

I thank the Court for its consideration of this matter.

Respectfully submitted,

GEOFFREY S. BERMAN
United States Attorney

By:   /s/ *Jessica Jean Hu*
JESSICA JEAN HU
Assistant United States Attorney
86 Chambers Street, 3rd Floor
New York, NY 10007
Tel:   (212) 637-2726
Fax:   (212) 637-2717
Email: jessica.hu@usdoj.gov